BEFORE THE THIRD DIVISION, OCTOBER 23, 1947

**No. 51975.**—Paispearl Products, Inc. *v.* United States, protests 113993–K, etc. (Portland, Maine).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise consists of fish scales similar in all material respects to those the subject of *United States* v. *Edward I. Petow & Son* (34 C. C. P. A. 55, C. A. D. 343). In accordance

with stipulation and following the decision cited the claim for free entry under paragraph 1677 was sustained.